UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LESLIE CROAKER, JR., | ) | NO. CV 15-4187-AG (AS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS,** |
| | ) | |
| DR. LAI HSING, and | ) | **CONCLUSIONS AND RECOMMENDATIONS OF** |
| KIMBERLY REECE, | ) | |
| | ) | **UNITED STATES MAGISTRATE JUDGE** |
| Defendants. | ) | |
| | ) | |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. On May 19, 2016, Plaintiff filed a document entitled, "Strawman's Trust Account," (Docket No. 18), consisting of a series of disjointed and confusing allegations, that are unrelated to the allegations in the First Amended Complaint which was dismissed with leave to amend (see Docket No. 15), and accompanied by the term, "objections." See Docket No. 18. The Court has

construed Plaintiff's filing as objections to the Magistrate Judge's Report and Recommendation.  After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court finds that Plaintiff's Objections to the Report and Recommendation are without merit and do not cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations.  In particular, the Court notes that Plaintiff fails to provide any explanation for his failure to file a Second Amended Complaint or abide by Court orders as indicated in the Report and Recommendation.

Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: May 31, 2016.

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE