**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LESLIE CROAKER, JR., | ) | NO. CV 15-4187-AG (AS) |
|   Plaintiff, | ) | |
|   v. | ) | **JUDGMENT** |
| DR. LAI HSING, and KIMBERLY REECE, | ) | |
|   Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 31, 2016.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE